UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DANA NESSEL, ATTORNEY GENERAL OF THE STATE OF MICHIGAN,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREJ DOMINGUEZ, in his official capacity as President/CEO of SIERRA FINANCIAL, LLC d/b/a SIERRA LENDING, LLC, and/or SIERRA FINANCIAL, and/or TALL GRASS FINANCE<br><br>and<br><br>BRANDIE TAYLOR, in her official capacity as Tribal Chairwoman of the Iipay Nation of Santa Ysabel,<br><br>    Defendants. | No. 19-cv-13078<br><br>HON. DENISE PAGE HOOD<br><br>MAG. MICHAEL J. HLUCHANIUK |
| Aaron W. Levin (P81310)<br>Darrin F. Fowler (P53464)<br>Attorneys for Plaintiff<br>Michigan Dep't of Attorney General<br>Corporate Oversight Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 335-7632<br>LevinA@michigan.gov | Michelle L. Alamo (P60684)<br>Armstrong Teasdale, LLP<br>Attorney for Defendants<br>4643 S. Ulster St., Ste. 800<br>Denver, CO 80237<br>(720) 200-0676<br>malamo@armstrongteasdale.com<br><br>Paul M. Croker (#57000)<br>Armstrong Teasdale, LLP<br>Attorney for Defendants<br>2345 Grand Blvd., Ste. 1500<br>Kansas City, MO 64108<br>(816) 221-3420<br>pcroker@atllp.com |

**ORDER LIFTING STAY AND DISMISSING COMPLAINT**

In accordance with the parties' stipulation, the stay in this matter is lifted and the Complaint against Defendants Andrej Dominguez, in his official capacity as President/CEO of Sierra Financial, LLC d/b/a Sierra Lending, LLC and/or Sierra Financial, and/or Tall Grass Finance, and Brandie Taylor, in her official capacity as Tribal Chairwoman of the Iipay Nation of Santa Ysabel, is dismissed without prejudice and without costs to any party.

s/Denise Page Hood<br>U.S. District Court Judge

Dated: March 9, 2020